UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11-cv-265-RJC

| | |
|---|---|
| WILLIAM ANDREW LITTLETON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| SID HARKLEROAD et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on Plaintiff's motion for entry of default, (Doc. No. 18). The motion is **DENIED**, as Defendants have timely filed a motion to dismiss.

Signed: April 12, 2012

Robert J. Conrad, Jr.
Chief United States District Judge