UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11-cv-265-RJC

| | |
|---|---|
| WILLIAM ANDREW LITTLETON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| SID HARKLEROAD, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** comes before the Court on Plaintiff's Motion for Evidence, (Doc. No. 31). In support of such motion, Plaintiff states that he requests medical records from the North Carolina Department of Public Safety "to show actual medical diagnosis for various conditions." (Doc. No. 31 at 1). Plaintiff's motion is denied because discovery has not commenced. Once discovery commences, Plaintiff should seek this discovery from the sole remaining Defendant Randy Teague directly rather than filing a motion with the Court. The Court will enter a Pretrial Order and Case Management Plan in this matter in a separate order forthwith.

**IT IS, THEREFORE, ORDERED** that Plaintiff's Motion for Evidence, (Doc. No. 31), is **DENIED**.

Signed: February 20, 2013

Robert J. Conrad, Jr.
Chief United States District Judge